IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2022 DEC 13  A 9: 46

Johnson  Lonnie
_____

_____

Plaintiff(s),

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

)    CIVIL ACTION NO. 3:22-CV-700-ECM-K7P
)
)    JURY DEMAND (MARK ONE)
)
)    ☐YES    ☑NO
v.                    )
The TAG office AKA Macon    )
county PROBATE JUDGE    )
_____    )

Defendant(s).

## COMPLAINT

1.    Plaintiff(s)' address and telephone number: 4103 FORD CIR   TUSKEGEE AL
36083 339-233-4965 — 334-439-9184
_____

2.    Name and address of defendant(s): THE TAG OFFICE AKA MACON COUNTY
PROBATE JUDGE
_____
_____
_____

3.    Place of alleged violation of civil rights: THE TAG OFFICE AKA MACON COUNTY
PROBATE JUDGE
_____

4.    Date of alleged violation of civil rights: 3/4-2022
_____

5.    State the facts on which you base your allegation that your constitutional rights have been
violated: I was in Auburn have got Tuskegee and then tho
counties has a rash a rash to me
_____
_____
_____
_____

1

6.      Relief requested: _____

_____

_____

_____

_____

_____

_____

_____

Date:_____         _____

                                                Plaintiff(s) Signature

Lonnie Johnson
4103 Ford Cir
Tuskegee AL 36083

MONTGOMERY AL 360

12 DEC 2022 PM 2 L



★ USA ★ FOREVER ★

Office of the Clerk
United States District court
Middle District of Alabama
1 church street, suite B-110
Montgomery, AL 36104-4065

36104-401801