IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LONNIE JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TAG OFFICE a/k/a MACON ) <br> COUNTY PROBATE JUDGE, ) <br> ) <br> Defendant. ) | CIVIL ACT. NO. 3:22-cv-700-ECM <br> (WO) |

**MEMORANDUM OPINION and ORDER**

On May 31, 2023, the Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute and to abide by the orders of the Court.

A separate Final Judgment will be entered.

Done this 30th day of June, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE